# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | |
|---|---|
| **D.A.H. by his next friend and parent, Anthony Hamley, Democratic Socialists of America (DSA) and Hoover High School Young Democratic Socialists of America,** )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>) <br>**vs.** )<br>)<br>**Hoover City Schools, Hoover City Board of Education, Kevin Maddox, and Kristi Sayers,** )<br>)<br>)<br>)<br>**Defendants.** ) | **Case No. 26-cv-00106-NAD** |

## MOTION FOR ENTRY OF FINAL ORDER
## GRANTING REQUESTED RELIEF

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Plaintiffs respectfully request that the Court enter the attached Final Order granting relief sought in Complaint. As grounds for this motion, the Plaintiffs state the following:

1.    On January 22, 2026, the Plaintiffs filed a complaint against the Defendants alleging that the Defendants wrongfully revoked and/or denied approval for the establishment of a YDSA student club at Hoover High School. Among other things, Plaintiffs alleged that denying the YDSA student club access to Hoover High

School on the same terms as provided to other non-curricular student clubs violated the federal Equal Access Act and the First Amendment.

2. Plaintiffs' complaint requested that the Court enter an order (a) enjoining the Defendants from denying approval to the YDSA student club and granting the club access to Hoover High School on the same terms as other noncurricular clubs, (b) declaring that Plaintiffs have rights under the Equal Access Act and/or the First and Fourteenth Amendments to the United States Constitution to promote their club and use rooms to meet with other students on the same terms as other noncurricular clubs, and (c) awarding reasonable fees and costs of litigation.

3. Plaintiffs' counsel has conferred with counsel for the Defendants and the parties agree that the attached Order provides the relief the Plaintiffs seek in this case and that it is appropriate to enter such Order in the interest of resolving this case without further litigation.

4. Wherefore premises considered, the Plaintiffs respectfully request that the Court enter the proposed final Order directing the Defendants to provide the relief stated therein.

Respectfully submitted,

/s/*Richard P. Rouco*
Richard P. Rouco
Zakary Pearsall
QUINN, CONNOR, WEAVER,
   DAVIES & ROUCO LLP

                                        Two North Twentieth Street
                                        2 – 20th Street North, Ste. 930
                                        Birmingham, AL  35203
                                        (205) 870-9989
                                        rrouco@qcwdr.com
                                        zpearsall@qcwdr.com

                                        Stacey M. Leyton
                                        Barbara J. Chisholm
                                        *Pro hac vice forthcoming*
                                        ALTSHULER BERZON LLP
                                        177 Post St., Suite 300
                                        San Francisco, CA 94108
                                        (415) 421-7151
                                        sleyton@altshulerberzon.com
                                        bchisholm@altshulerberzon.com

## **CERTIFICATE OF SERVICE**

       I certify that on this <sup>th</sup> day of February, 2026, a true and correct copy of this document was served on the following counsel for the Defendants via electronic mail and/or the court's electronic filing system:

Mark S. Boardman
Clay Carr
BOARDMAN, CARR, PETELOS,
WATKINS, OGLE & HOWARD, P.C.
P.O. Box 382886,
Birmingham, AL  35238-2886
400 Boardman Drive
Chelsea, AL  35043-8211
(205) 678-8000
Facsimile (205) 678-0000
mboardman@BoardmanCarr.com

                                        /s/ *Richard P. Rouco*
                                        Richard P. Rouco