# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | |
|---|---|
| **D.A.H. by his next friend and parent, Anthony Hamley, Democratic Socialists of America, and Hoover High School Young Democratic Socialists of America,** )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Hoover City Schools, Hoover City Board of Education, Kevin Maddox, and Kristi Sayers,** )<br>)<br>)<br>)<br>**Defendants.** ) | Case No.: 2:26-cv-00106-NAD |

## **ORDER**

Before the Court is the Plaintiffs' motion for entry of a Final Order (a) declaring that the Young Democratic Socialists of America Club (YDSA) student club has a right to equal access to Hoover High School under the Equal Access Act and the First Amendment; and (b) requiring Defendants to approve the Hoover High School Young Democratic Socialists of America Club and to provide YDSA equal access to Hoover High School in accordance with the rules for all other clubs at Hoover High and (c) awarding fees and costs of litigation.

It is hereby Decreed and Ordered that:

1

(a)   The YDSA student club has the right to equal access as provided to other noncurricular clubs under the Equal Access Act and the First Amendment and that to deny equal access or a fair opportunity to or discriminate against students wanting to conduct a YDSA meeting at Hoover High School on the basis of religious, political, philosophical or other content of their speech violates these rights;

(b)   The Defendants are immediately required to grant the YDSA student club access to Hoover High School on the same terms as provided to other noncurricular clubs.

(c)   Costs of court incurred to date are taxed to the Defendants.

Having granted the above relief, the clerk is directed to dismiss this action with prejudice.

The Court shall retain jurisdiction to enforce this Order in the event of non-compliance.

**DONE** and **ORDERED** this February 25, 2026.

_____
NICHOLAS A. DANELLA
UNITED STATES MAGISTRATE JUDGE